IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN KYLE,<br><br><br>*Defendant.* | Case No. 1:25-mj-174 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jose J. Oquendo, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), being first duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with ATF and have been so employed since 2014. I am currently assigned to ATF's Washington Field Division, Falls Church II Field Office, an enforcement group responsible for investigating violent crime, gangs, armed drug trafficking, and other firearm-related violations. As an ATF Special Agent, I am authorized by 18 U.S.C. § 3051 to enforce the criminal, seizure, and forfeiture laws of the United States.

2. In my capacity as a law enforcement officer, I have received specialized training in the investigation of federal crimes involving firearms and narcotics. This includes numerous training programs hosted or sponsored by ATF, the Federal Law Enforcement Training Center, and other federal law enforcement agencies and organizations. I have also investigated individuals for the illegal possession and use of firearms.

3. I make this affidavit in support of a criminal complaint and arrest warrant charging that on or about September 06, 2024, in Fairfax County, Virginia, within the Eastern

District of Virginia, Steven KYLE, possessed two unregistered silencers that were not registered with the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, 5861(d).

4. I have participated in the investigation of the offense set forth below. The facts and information contained in this affidavit are based on my personal knowledge and information obtained from other law enforcement officers and witnesses, and my review of their reports. This affidavit is intended to show that there is probable cause for the requested warrant and criminal complaint, but it does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5. In and around September 2024, the Central Bucks Regional Police Department (CBRPD) and the Herndon Police Department ("HPD") undertook an investigation into KYLE regarding KYLE stalking his ex-girlfriend. THE CBRPD had stated to the HPD that KYLE was wanted out of Pennsylvania for Stalking and Harassment. On September 3, 2024, an arrest warrant was issued by the Magisterial District Judge of the County of Bucks of the Commonwealth of Pennsylvania for KYLE. HPD checked with Virginia Department of Motor vehicle which listed KYLE address in Herndon, VA. HPD obtained a Virginia state search warrant for KYLE's residence. On September 6, 2024, the HPD executed the search warrant on KYLES's residence and during the search obtained electronic devices, suspected silencers, six firearms lower receivers, rifles and two pistols. KYLE was the only individual in the residence at the time of the search warrant.

6. The HPD arrested KYLE as a fugitive and KYLE was transported to the Herndon Police department for processing. The HPD turned over the suspected silencers to the ATF for analysis. The suspected silencers have no serial numbers or markings and on Septembe 13,

2024, ATF conducted a search of the National Firearms Registration and Transfer Record ("NFRTR"), the central registry for all items regulated under the National Firearms Act ("NFA"), which includes silencers, to verify if KYLE had any tax stamps certifying any silencers ownership or licenses. The search of the registry came back negative for the two suspected silencers. The search did come back positive a for a registered silencer that KYLE had previously registered in August 2024. The registered silencer was seized by the HPD during the search warrant along with the other items.

7.   On October 8, 2024, ATF agents submitted the suspected silencers to the ATF Firearms Technology Criminal Branch for examination. On February 27, 2025, the ATF Firearms Technology Criminal Branch issued a Report of Examination regarding the silencers seized by the HPD from KYLES's residence on September 6, 2024. The ATF Firearms Technology Criminal Branch concluded that the two devices seized were silencers bearing no serial numbers as defined by Title 18 United States Code, Section 921(a)(23)(C) and Title 26 United States Code, Section 5845(a)(7).



## CONCLUSION

8. Based on the foregoing, I respectfully submit there is probable cause to believe that on or about September 6, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, STEVEN KYLE, possessed two unregistered silencers that were not registered with the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, 5861(d).

Respectfully submitted,

_____
Jose J. Oquendo
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on March 19, 2025.

_____
Digitally signed by Ivan Davis
Date: 2025.03.19 12:36:21 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia